IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERWIN HARRIS,

     Plaintiff,                    No. CIV S-04-0009 DFL KJM P

    vs.

CAL A. TERHUNE, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. By order filed November 3, 2004, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has filed an amended complaint.

        The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Rohlfing. If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth Amendment claim against defendant Rohlfing. With respect to the remainder of plaintiff's claims, plaintiff's complaint fails to state a claim upon which relief can be granted.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for defendant Rohlfing.

2. The Clerk of the Court shall send plaintiff a USM-285 forms, a summons, an instruction sheet and a copy of the amended complaint filed April 15, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form; and

   d. Two copies of the endorsed amended complaint filed April 15, 2005.

4. Plaintiff need not attempt service on defendant Rohlfing and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve defendant Rohlfing as provided by Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  December 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 harr0009.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWIN HARRIS,

     Plaintiff,                                 No. CIV-S-04-0009 DFL KJM P

     vs.

CAL. A . TERHUNE, et al.,            NOTICE OF SUBMISSION

     Defendants.                       OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____ completed summons form

     _____ completed USM-285 form

     _____ copies of the _____
                               Amended Complaint

DATED:

                                         _____
                                         Plaintiff