IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERWIN HARRIS,** | No. 2:04-cv-0009 DFL KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **CAL A. TERHUNE, et al.,** | |
| Defendants. | |

On April 10, 2006, defendants requested an extension of time to file a responsive pleading in this action.

Good cause appearing, defendants' request for extension of time until May 25, 2006, to file a responsive pleading is granted.

DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Order

1