IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERWIN HARRIS,

    Plaintiff,                        No. CIV S-04-0009 DFL KJM P

    vs.

CAL A. TERHUNE, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' May 25, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 2, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' May 25, 2006 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: June 19, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/mp harr0009.36(2)